September 29, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 0 ...

Abel Acosta, Clerk

Ashley Tran
Plane Unit-TDC#1960706
904 fm 686
Dayton, TX 77535

COA No. 14-14-00868-CR

RE: TRAN ASHLEY
CCA No. PD-0764-15
Trial Court Case No. 1410050

TO:
Abel Acosta: CLERK
SIAN SCHILAB: GENERAL
COUNSEL

Mi muy estimada Corte of Criminal Appeals me gustaria saber sobre my petition for discretionary review el dia 9/17/2015 tuvieron cita sobre my caso, yo nadamas queria saber Alguna noticia por favor si podria dejarme saber, que fin hubo en ese dia si es que me van a dar mi appellacion, o si no me gustaria saber. de todos modos, se que comety ese error tan grande para mi, pero este tiempo que llevo aqui me a echo cambiar y pensar mejor las cosas, por eso Espero en Dios y tenga misericordia de mi y le pido un Millon de perdones a Todos Uds, ala Jueza, ala Esposa del fallecido, y a sus hijas y a mi madre y a mis hijos, quien todos sufren por mi culpa, a lo mejor era una Alcoholica mas no lo sabia llevaba 5 Años tomando, mas yo trabajaba y sacaba a mis hijos adelante Soy Divorciada hace en el 2008 Me divorcie y mi ex husband Me deve child support Como 40,000 dollares Me debe y yo tenia que Comprarles todo a mis hijos, mi madre vive con migo y mi papa tambien pero el ya paso de esta vida en enero del 2014 se fue y pues mi madre y mi hija Me cuidan a mis 2 hijos.

y le pido a my Creador a nuestro Señor Jesucristo un milagro que estoy arrepentida del Camino que Andaba, aquí e capacitado Estoy Estudiando, Estudios bíblicos, Voy a la Iglesia catholica y Estoy Estudiando el G.E.D. pues con el poco Ingles que se, Se lo Juro por my padre que no se como me subi en el Freeway en via contraria, no se nada no recuerdo nada, yo me Acuerdo cuando desperte en el hospital con un policia y le pregunte al policia y el me explico todo. My Padre Jesus el aquí me a Cambiado El es my Padre y yo su hija. yo era un oveja perdida mas Dios me a tomado de su mano porque me Ama, se que es un Castigo de my padre porque me Ama, para estar preparada para su Venida Jehova de los ejercitos, es el que ase misericordia, Juicio y Justicia en la tierra; Se que merezco Castigo por lo que ize y debo Sufrir mas confio en Jesus el es poderoso y majestuoso, te busco de todo corazon, are todo lo que uds me pidan estoy muy Arrepentida del Camino en que Andaba, me da Verguenza pensar de lo que ize en el Accidente que Cause, pero pido Perdon a my Padre todos los dias y de Angustia por cometer ese error, que my padre y Uds miren mis lamentos de Arrepentida que estoy Nunca Jamas sere la Misma persona, Sere una Nueva Persona, No se porque yo no me mori, en lugar de esa persona, Xke no me llevastes Padre y Señor les pido un Millon de Perdones a Todos y Disculpas por lo Ofendido; Necesito Saber si me dieron mi apelacion; por favor dejenme Saber una Noticia Escribamems pa tras (el Abogado Cantu tiene como 50 fotografias mias que nunca se las entrego a mi hija Diana Necesito que me las Regrese son de toda my familia de cuando estaba chica a asta Grande, y pues el me dijo que Iva aser un Libro para que la Jueza Viera y me diera menos Años-> y yo tengo el contrato que ise con el de 8500 pues le pague $500 le a dev

God Bless You